UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND EARL DEVORE,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

C21-56 TSZ
(related to CR15-160 TSZ)

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of petitioner's pending direct appeal, now before the United States Court of Appeals for the Ninth Circuit, the Court sua sponte STAYS this matter pending further order. *See United States v. Buckland*, 1998 WL 514852 at *2 (9th Cir. Aug. 14, 1998) ("this court discourages simultaneous consideration of a direct appeal and a § 2255 petition" (citing *United States v. Pirro*, 104 F.3d 297 (9th Cir. 1997))).

(2) Petitioner's motion to appoint counsel, docket no. 2, is STRICKEN without prejudice to refile the motion after the stay is lifted.

(3) The Government is DIRECTED to file a status report within fourteen (14) days after the Ninth Circuit issues its mandate in the related criminal matter or by December 31, 2021, whichever occurs earlier.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to petitioner pro se.

DATED this 19th day of January, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1