UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND EARL DEVORE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | C21-0056 TSZ<br>[related to CR15-160]<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stay imposed by Minute Order entered January 20, 2021, docket no. 5, is hereby LIFTED, and this case is returned to the Court's active docket.

(2) The Clerk is DIRECTED to arrange for service by first-class mail upon the United States Attorney of a copy of the motions brought under 28 U.S.C. § 2255, docket nos. 1 and 6, and any attachments thereto.

(3) Within thirty-five (35) days of the date of this Minute Order, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts. The United States shall note the Answer for consideration on the fourth Friday after it is filed.

(4) Petitioner may file and serve a response not later than on the Monday immediately preceding the noting date of the Answer. The United States may file and serve a reply brief not later than on the Thursday immediately preceding the noting date.

(5) Petitioner may also renew his motion for appointment of counsel, provided that such motion is filed within twenty-one (21) days of the date of this Minute Order.

MINUTE ORDER - 1

(6) If no Answer is timely filed, the Court will deem petitioner's § 2255 motions ready for consideration on September 1, 2023.  The Clerk is directed to NOTE or RENOTE petitioner's § 2255 motions, docket nos. 1 and 6, for September 1, 2023.

(7) The Clerk is directed to send, via first-class mail, a copy of this Minute Order to the United States Attorney and to petitioner pro se.

Dated this 26th day of July, 2022.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2