UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND EARL DEVORE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | C21-0056 TSZ<br>[related to CR15-160]<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The appointment of counsel for petitioner having been delayed, but attorney Thomas E. Weaver having now been designated, the case schedule is amended as follows:

(a) Petitioner's § 2255 motions, docket nos. 1 and 6, are RENOTED to January 19, 2024. Any supplemental brief in support of the motions shall be filed by appointed counsel on or before December 22, 2023. Any response to the original motions and/or any supplemental brief shall be filed by January 12, 2024. Any reply in support of the motions shall be filed by the new noting date.

(b) Respondent's motion, docket no. 12, for a ruling that petitioner has waived his attorney-client privilege, is RENOTED to December 1, 2023. Any response shall be filed by petitioner's appointed counsel on or before the new noting date. No reply shall be filed unless requested by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, including Thomas E. Weaver, and to petitioner pro se.

Dated this 23rd day of October, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1