UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND EARL DEVORE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | C21-0056 TSZ<br>[related to CR15-160]<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motions to seal, docket no. 17, and to withdraw, docket no. 18, brought by attorney Thomas E. Weaver, are GRANTED as follows. Mr. Weaver's declaration, docket no. 19, shall remain under seal, and Mr. Weaver is permitted to withdraw effective immediately as counsel of record for petitioner Raymond Earl DeVore. The Criminal Justice Act ("CJA") Administrator shall appoint substitute counsel to represent petitioner in connection with his motions under 28 U.S.C. § 2255.

(2) Respondent's motion, docket no. 12, for a ruling that petitioner has waived his attorney-client privilege, is RENOTED to February 2, 2024. Any response shall be filed by petitioner's newly appointed counsel on or before the noting date. No reply shall be filed unless requested by the Court.

(3) Petitioner's § 2255 motions, docket nos. 1 and 6, are RENOTED to March 29, 2024. Any supplemental brief in support of the motions shall be filed by newly appointed counsel on or before March 1, 2024. Any response to the original motions and/or any supplemental brief shall be filed by March 22, 2024. Any reply in support of the motions shall be filed by the new noting date.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record, to Thomas E. Weaver, to petitioner pro se, and to the CJA Administrator.

Dated this 18th day of December, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2