UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND EARL DEVORE,

          Petitioner,

   v.

UNITED STATES OF AMERICA,

          Respondent.

C21-0056 TSZ
[related to CR15-160]

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) Substitute counsel having just been appointed to represent petitioner in connection with his motions under 28 U.S.C. § 2255, the following adjustments to the pending deadlines and noting dates are hereby made:

        (a) Respondent's motion, docket no. 12, for a ruling that petitioner has waived his attorney-client privilege, is RENOTED to March 1, 2024. Any response shall be filed by petitioner's newly appointed counsel on or before the noting date. No reply shall be filed unless requested by the Court.

        (b) Petitioner's § 2255 motions, docket nos. 1 and 6, are RENOTED to May 3, 2024. Any supplemental brief in support of the motions shall be filed by newly appointed counsel on or before April 5, 2024. Any response to the original motions and/or any supplemental brief shall be filed by April 29, 2024. Any reply in support of the motions shall be filed by the new noting date.

    (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to petitioner pro se.

MINUTE ORDER - 1

Dated this 11th day of January, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2