UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND EARL DEVORE,

                    Petitioner,

        v.

UNITED STATES OF AMERICA,

                    Respondent.

C21-0056 TSZ
[related to CR15-160]

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Respondent's unopposed[1] motion, docket no. 12, for a ruling that petitioner has waived his attorney-client privilege with respect to the filing, or potential filing, of a notice of appeal following his resentencing in March 2023, is GRANTED.  Petitioner's former counsel, Timothy Lohraff, is authorized to provide evidence concerning his legal representation of petitioner, including the substance of any privileged conversations, by way of affidavit, declaration, deposition or other form of testimony, and/or disclosure of written materials.  Evidence provided pursuant to this Minute Order may be used only for the purpose of litigating the pending motions under 28 U.S.C. § 2255, docket nos. 1 & 6, and shall not be admissible against petitioner in any other proceeding.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of February, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] *See* Pet.'s Resp. (docket no. 24).

MINUTE ORDER - 1