UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAYMOND EARL DEVORE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

C21-0056 TSZ
[related to CR15-160]

ORDER

THIS MATTER comes before the Court on petitioner's motions, docket nos. 1 & 6, brought pursuant to 28 U.S.C. § 2255, seeking reinstatement of his right to appeal from the Amended Judgment entered March 30, 2023, in Case No. CR15-160, docket no. 277. Petitioner wishes to seek review as to Special Condition of Supervision No. 9, which was imposed over his objection, and he contends that the failure to timely appeal was the result of ineffective assistance of his previously appointed counsel, Timothy Lohraff. In light of the Government's response to the § 2255 motions, indicating no objection to the relief sought by petitioner, the Court hereby ORDERS as follows:

(1) Assistant United States Attorney Michael Dion and counsel of record for petitioner in this matter, Christopher Carney, are DIRECTED to provide to the Court, within fourteen (14) days of the date of this Order, a form of judgment to be entered in

ORDER - 1

Case No. CR15-160. Upon presentation of such form of judgment, the Court will vacate the Amended Judgment entered March 30, 2023, and enter the new or substitute judgment, without a hearing, thereby restarting the period of time for petitioner to appeal.

(2) Mr. Carney has been appointed as counsel for Raymond Earl DeVore in Case No. CR15-160, and he shall make arrangements for a notice of appeal to be timely filed on Mr. DeVore's behalf in Case No. CR15-160.

(3) Petitioner's § 2255 motions, docket nos. 1 & 6, are GRANTED solely as set forth in this Order.

(4) The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to CLOSE this case.

IT IS SO ORDERED.

Dated this 28th day of June, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 2